# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF VESTER RUSSELL,
JUMAINE RUSSELL as Personal Representative and Individually,
IAN DEE RUSSELL, and
AUSTIN CHARLES RUSSELL,

    Plaintiffs,

  v.              Case No. 05-C-837

CITY OF MILWAUKEE,
MILWAUKEE EMPLOYEES' RETIREMENT
SYSTEM/ANNUITY AND PENSION BOARD,
GARY J. BRAZGEL,
WILLIAM C. CAREY,
PATRICK CRONIN,
EDWARD HEIDEMANN,
ALVIN MADISON,
MARTIN MORICS,
MICHAEL J. MURPHY, and
MARVIN PRATT,

    Defendants.

# DECISION AND ORDER

    The plaintiffs, in the above-entitled action, have not effected service of process within the time required by Fed. R. Civ. P. 4(m), and the defendants have not waived service under Fed. R. Civ. P. 4(d). This Court issued a warning letter on December 21, 2005 advising the plaintiffs to effect proper service or provide an explanation establishing good cause for their failure to do so. The Court has not received any communication in response to its letter and, pursuant to E.D. Wis. Civil L.R. 41.1, retains the power to dismiss actions where plaintiffs fail to properly effect service in accordance with the Federal Rules of Civil Procedure.

**THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**

The above-entitled action is hereby **DISMISSED** without prejudice.

Dated at Milwaukee, Wisconsin, this 18th day of January, 2006.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**